UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **JERRY PATCHMAN** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. 2:20-cv-00599-KJD-BNW |
| ) | |
| **C.R. BARD, INC. and BARD** ) | |
| **PERIPHERAL VASCULAR, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S AMENDED MOTION TO WITHDRAW APPEARANCE
### BY RHETT A. MCSWEENEY

Plaintiff Jerry Patchman, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed directly in the United States District Court for the District of Arizona as part of MDL 2641 (the "MDL"), where it was captioned *Patchman v. C. R. Bard, Inc., et al.*, 2:19-cv-00072-DGC.

2. On March 30, 2020, this case was transferred to this Court by the District of Arizona. (Dkt. No. 6).

3. Rhett A. McSweeney, from the law firm McSweeney/Langevin, previously appeared on Jerry Patchman's behalf while this case was pending in the MDL.

4. Now, since this case is remanded from the MDL to this Court, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted *pro hac vice* to substitute for Rhett A. McSweeney as trial counsel.

5. David M. Langevin was granted admission in this matter on July 10, 2020 and entered his appearance in this matter on August 28, 2020.

6. Accordingly, David M. Langevin hereby requests leave to withdraw the appearance of Rhett A. McSweeney.

Dated: September 11, 2020    Respectfully submitted,

/s/ David M. Langevin
David M. Langevin
McSweeney Langevin
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-4646
(612) 454-2678
dave@westrikeback.com
filing@westrikeback.com

**ATTORNEY FOR PLAINTIFF.**

IT IS SO ORDERED

DATED: 5:19 pm, September 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE